**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISMAEL VALENTE, <br><br> Plaintiff(s), <br><br> v. <br><br> JOSE MARTINEZ, et al., <br><br> Defendant(s). | Case No. CV-18-4001-R <br><br> **ORDER OF DISMISSAL** <br> **BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than August 15, 2018 why this action should not be dismissed for lack of prosecution. Plaintiff filed a Response to the Order to Show Cause (Dckt. No.10) on August 14, 2018. Plaintiff states that he is in the process of serving the defendant, and requests for additional time to complete service. No good cause is shown and the request is DENIED.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: August 17, 2018

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE